In the Matter of the PENNSYLVANIA RAILROAD COMPANY, Appellant, against PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK et al., Respondents.

(Argued March 27, 1931; decided April 14, 1931.)

*Harold J. Adams* and *Frank Rumsey* for appellant.

*Russell B. Burnside* and *Charles G. Blakeslee* for Public Service Commission, respondent.

*Leslie F. Robinson* for Town of Aurora.

*Myron M. Ludlow, Jr.,* for Village of East Aurora.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.